UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 3:15cr50/MCR

ROBERT F. MATLACK

## PRELIMINARY ORDER OF FORFEITURE

WHEREAS, in the indictment in the above-entitled action, the United States sought forfeiture of all property of the defendant, **ROBERT F. MATLACK**, pursuant to Title 18, United States Code, Sections 2428 and 1594, as property constituting, or derived from, proceeds obtained directly or indirectly from the violations set forth in said indictment and/or property used or intended to be used to commit or promote the commission of the offenses set forth in Counts One and Two of said indictment;

AND WHEREAS, on or about December 10, 2015, defendant **ROBERT F. MATLACK** was found guilty by a jury of the violations set forth in Counts One and Two of the indictment, and has now consented to forfeiture with regard to the defendant's interest in the specifically below noted property;

Rec'd 12/22/15 USDcFln 3AM 0923

AND WHEREAS, by virtue of said verdict and concession of forfeiture, the United States is now entitled to possession of said property, pursuant to Title 18, United States Code, Sections 2428 and 1594 and Rule 32.2(b) of the Federal Rules of Criminal Procedure; now wherefore,

IT IS HEREBY ORDERED:

1. That all of defendant's right and interest in the property described below is hereby forfeited to and vested in the United States of America.

2. That the property which is subject to forfeiture in this Order is as follows:

**a. Samsung Galaxy Note II cellular telephone (Samsung-SGH-1317)**

3. That an order of preliminary forfeiture is hereby entered in favor of the United States against defendant **ROBERT F. MATLACK** pursuant to Rule 32.2(b) of the Federal Rules of Criminal Procedure.

IT IS SO ORDERED this /8 day of December, 2015.

*M. Casey Rodgers*
M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE